USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luis Pina,<br><br>　　　　Plaintiff,<br><br>　– against–<br><br>Barclays Bank Delaware,<br><br>　　　　Defendant. | Case No. 1:22-cv-02080<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Plaintiff Luis Pina, by counsel, and Defendant Barclays Bank Delaware, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Barclays Bank Delaware, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Luis Pina against Defendant Barclays Bank Delaware are dismissed, with prejudice. Plaintiff Luis Pina and Defendant Barclays Bank Delaware shall each bear their own costs and attorneys' fees.

Date: 5/2/2022

　　　　　　　　　　　　　　　　　　_/s/ Mary Kay Vyskocil_
　　　　　　　　　　　　　　　　　　JUDGE MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Southern District of New York